NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALEXANDER L. COOPER,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3112

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110003-I-1.

---

## ON MOTION

---

## ORDER

Alexander L. Cooper moves for leave to proceed in forma pauperis. His appeal, however, was dismissed for failure to file the required Statement Concerning Discrimination, which is Form 10 of the Federal Circuit Rules, as well as for failure to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

If Cooper files his Statement Concerning Discrimination within 14 days of the filing of this order, then his motion for leave to proceed in form pauperis will be granted and his appeal will be reinstated. If Cooper fails to file his statement, his case will remain dismissed.

FOR THE COURT

SEP 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alexander L. Cooper (15(c) Statement Form Enclosed)
    P. Davis Oliver, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2012

JAN HORBALY
CLERK